UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANDREW BOLKHOVSKOY** | : | CASE 3:20-CV-01331-VLB |
|     PLAINTIFF, | : | |
| | : | |
| V. | : | |
| | : | |
| **SENTAGE CORPORATION** | : | November 4, 2021 |
|     DEFENDANT. | : | |

## JOINT NOTICE OF SETTLEMENT & STIPULATION OF DISMISSAL WITH PREJUDICE

Notice is hereby given that the parties have reached a complete settlement in the instant action. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of plaintiff's Complaint with prejudice and without assessment of costs against either party.

| | |
|---|---|
| THE PLAINTIFF,<br>Andrew Bolkhovskoy | THE DEFENDANT,<br>Sentage Corporation<br>d/b/a Dental Services Group |
| */s/ Michael C. McMinn*<br>Michael C. McMinn<br>The McMinn Employment<br>   Law Firm, LLC<br>1000 Lafayette Blvd.<br>Suite 1100,<br>Bridgeport, CT 06604<br>203-683-6007<br>michael@mcminnemploymentlaw.com | */s/ John G. Stretton*<br>John G. Stretton<br>Nicole S. Mulé<br>OGLETREE, DEAKINS, NASH,<br>   SMOAK & STEWART, P.C.<br>281 Tresser Boulevard, 6th Floor<br>Stamford, CT  06901<br>Phone:  203-969-3102<br>Fax: 203-969-3150<br>john.stretton@ogletree.com<br>nicole.mule@ogletree.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this November 4, 2021.

                                                        */s/ Nicole S. Mulé*
                                                        Nicole S. Mulé

                                                                                **49009796.1**